IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEEON ANTONIO FRASIER, | No. 4:22-CV-01116 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN SCI COAL TOWNSHIP, | |
| Respondent. | |

## ORDER

**AND NOW**, this 14th day of March 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Leeon Antonio Frasier's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

2. A certificate of appealability shall not issue, as Frasier has not made a substantial showing of the denial of a constitutional right, s*ee* 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural ruling is correct, *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge